**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ROBIN SINN, individually and as trustee of THE ROBIN E. SINN DECLARATION OF TRUST, | ) ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| TEDFORD & ASSOCIATES, LLC d/b/a TEDFORD INSURANCE, MARK TEDFORD, and CARLA RANALLO, | ) ) ) |
| | ) |
| Defendants. | ) |

Case No. 4:26-cv-00766-RWS

## SUPPLEMENT TO MOTION FOR PROTECTIVE ORDER

Defendants Tedford & Associates, LLC, Mark Tedford, and Carla Ranallo, by and through their attorneys of record, supplement their motion for a protective order to sequester attorney Matt Schneider from all pretrial proceedings, including discovery, with the attached declaration of counsel regarding attempts to confer with plaintiff's counsel of record on the matter.  Although defendants deny that the motion is a discovery motion within the ambit of Local Rule 3.04, counsel for defendants received no response from plaintiff's counsel of record to attempts to confer regarding the role of Mr. Schneider.

Respectfully submitted,

WALLACE SAUNDERS, Chartered

 /s/  Angela M. Clark
Angela M. Clark            52159MO
200 Unity Circle North, Suite D
Lee's Summit, MO  64086
Phone 913.888.1000
Fax 913.888.1065
aclark@wallacesaunders.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2026, a copy of the foregoing was electronically filed using the Court's CM/ECF system, which will give notice of the filing to all counsel of record.

/s/  Angela M. Clark