**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBIN SINN, individually and as trustee of THE ROBIN E. SINN DECLARATION OF TRUST, | ) ) ) | Case No. 4:26-cv-00766-RWS |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TEDFORD & ASSOCIATES, LLC d/b/a TEDFORD INSURANCE, MARK TEDFORD, and CARLA RANALLO, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF ANGELA M. CLARK

I, Angela M. Clark, declare and state pursuant to 28 U.S.C. § 1746:

1.      I am counsel of record for defendants in this action.

2.      Attached hereto is an email thread of my attempts to confer with plaintiff's counsel of record regarding the participation of the fact witness attorney Matth Schneider, who is not counsel of record for plaintiff, in the parties' Rule 26(f) conference.  The copy attached hereto is a true and accurate copy of the original, maintained in the ordinary course of business as counsel for defendants.

3.      Mr. Thomas made no response to my repeated emails.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 2nd day of July, 2026.

                                          /s/  Angela M. Clark
                                          Angela M. Clark

## Angela M. Clark

| | |
|---|---|
| **From:** | Angela M. Clark |
| **Sent:** | Wednesday, July 1, 2026 2:38 PM |
| **To:** | 'Thomas, Sam' |
| **Subject:** | RE: Sinn v. Tedford |

I am awaiting your response as to whether you allowed a non-party fact witness to conduct the Rule 26(f) conference.

---

**From:** Angela M. Clark
**Sent:** Wednesday, July 1, 2026 2:25 PM
**To:** Thomas, Sam <sam.thomas@huschblackwell.com>
**Subject:** Sinn v. Tedford

Mr. Thomas, can you please confirm that the person who attended our Rule 26(f) conference today, who was not included in your Teams calendar invite and is not counsel of record in this case, was Matt Schneider?



**ANGELA M. CLARK**
**Wallace Saunders | Attorneys at Law**
913.752.5568 | aclark@wallacesaunders.com
10111 West 87th Street | Overland Park, KS 66212
Phone 913.888.1000 | Fax 913.888.1065
**wallacesaunders.com**



