**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBIN SINN, individually and as trustee of THE ROBIN E. SINN DECLARATION OF TRUST, | ) | |
| Plaintiff, | ) | Case No. 4:26-cv-00766-RWS |
| vs. | ) | |
| TEDFORD & ASSOCIATES, LLC d/b/a TEDFORD INSURANCE, | ) | |
| MARK TEDFORD, | ) | |
| and | ) | |
| CARLA RANALLO, | ) | |
| Defendants. | ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Robin Sinn and Defendants Tedford & Associates, LLC, Mark Tedford, and Carla Ranallo (collectively, the "Parties") file this Joint Notice of Settlement.

1. The Parties have reached a settlement resolving all matters in controversy in principle and are in the process of finalizing their settlement.

2. The Parties expect to file a joint notice of dismissal within the next sixty (60) days.

3. Therefore, the Parties request a sixty (60) day stay to allow the Parties time in which to finalize the settlement agreement, procure all necessary signatures, and allow the Parties sufficient time to fulfill the terms of the settlement agreement.

4. The Parties further request that the Rule 16 Conference set for **July 9, 2026 at 10:00 AM** be extended to a date not before September 9, 2026.

Wherefore, the Parties respectfully request that the Court vacate all case deadlines and court dates and allow the Parties sixty (60) days in which to file a joint notice of dismissal.

Respectfully submitted,

HUSCH BLACKWELL LLP

/s/*Samuel B. Thomas*
Samuel B. Thomas, MO Bar #73044
Christiana J. Ogletree, MO Bar #75698
Kasey Groneck, MO Bar #76632
8001 Forsyth Blvd., Suite 1500
St. Louis, MO 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
*sam.thomas@huschblackwell.com*
*Christiana.ogletree@huschblackwell.com*
*kay.groneck@huschblackwell.com*

*Counsel for Plaintiff*

WALLACE SAUNDERS, Chartered

*/s/ Angela M. Clark*
Angela M. Clark, 52159MO
200 Unity Circle North, Suite D
Lee's Summit, MO 64086
Phone 913.888.1000
Fax 913.888.1065
aclark@wallacesaunders.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that a correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF filing system on July 8, 2026 and served on all counsel of record and/or *pro se* parties pursuant to the Federal Rules of Civil Procedure as follows:

*/s/ Samuel B. Thomas*
Samuel B. Thomas